Submitted January 2, reversed February 19, 2015

In the Matter of C. D. L. M.,
Alleged to be a Person with Mental Illness.

## STATE OF OREGON,
*Respondent,*

*v.*

## C. D. L. M.,
*Appellant.*

### Multnomah County Circuit Court
14CC01967; A157846

344 P3d 511

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Egan, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing him for a period not to exceed 180 days. ORS 426.130. He argues that the state failed to prove by clear and convincing evidence that, because of a mental disorder, he is a danger to himself. ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse the judgment of commitment.

Reversed.